IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JASYN DANIEL MCCLAIN,<br><br>     Plaintiff,<br><br>     v.<br><br>WARDEN BENTON L. BROOKS, *et al.,*<br><br>     Defendants. | CIVIL ACTION NO.: 4:21-cv-211 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's August 26, 2021, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 3rd day of November, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA